IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA APPAREL, LLC, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BRIGADE MANUFACTURING, INC., | : | No. 20-1265 |
| Defendant. | : | |

**ORDER**

AND NOW, on January 26, 2022, having reviewed the parties' filings (docs. 30 & 33) and in accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendant's motion for partial summary judgment (doc. 30) as to the breach of contract claims is DENIED;

2. Defendant's motion for partial summary judgment is GRANTED as to Plaintiff's unjust enrichment claim; and

3. Counsel shall contact chambers for further scheduling in this matter.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE